The People of the State of New York ex rel. Lavinia Lally et al., Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.

*People ex rel. Lally* v. *N. Y. C. & H. R. R. R. Co.*, 116 App. Div. 849, appeal dismissed.

(Submitted November 25, 1907; decided November 26, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 25, 1907, which reversed an order of Special Term assessing damages for a false return to an alternative writ of mandamus.

*Max L. Schallek* and *Lavinia Lally*, in person, for appellants.

*Ira A. Place* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Cullen, Ch. J., O'Brien, Vann, Werner, Willard Bartlett and Chase, JJ. Not sitting: Gray, J.

---

Edward P. Mossein, as President of Local Union No. 471 of the United Brotherhood of Carpenters and Joiners of America, Respondent, v. The Empire State Surety Company, Appellant.

*Mossein* v. *Empire State Surety Co.*, 117 App. Div. 782, appeal dismissed.
(Argued November 20, 1907; decided November 26, 1907.)

Appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 30, 1907, which modified and affirmed as modified an order of Special Term denying a motion for a retaxation of costs.

*F. J. Moissen* for appellant.

*William F. Hagarty* and *James T. O'Neil* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: Cullen, Ch. J., Gray, O'Brien, Vann, Werner, Willard Bartlett and Chase, JJ.